**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-2295**

———————————

MILTON L. YOUMANS,

                              Plaintiff - Appellant,

        versus

MANNA INCORPORATED, of the Low Country, d/b/a
Wendys Restaurant,

                              Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-97-2608-2-18AJ)

———————————

Submitted:  November 5, 1998        Decided:  November 18, 1998

———————————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Milton L. Youmans, Appellant Pro Se.  George Trenholm Walker, Sean
Kevin Trundy, PRATT-THOMAS, PEARCE, EPTING & WALKER, P.A., Charles-
ton, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Milton L. Youmans appeals the district court's order granting the Defendant's motion for summary judgment in Youmans' Title VII action alleging racial and gender discrimination. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Youmans v. Manna Inc., No. CA-97-2608-2-18AJ (D.S.C. July 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2